December 1, 2015

Court of Criminal Appeals
Abel Acost, Clerk
P. O. Box 12308
Austin, Tx 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 08 2015

Abel Acosta, Clerk

Robert Joseph Schmitt #1061867
9601 Spur 591
Amarillo, Tx 79107-9606

Dear Honorable Acosta:

I have recently filed a Writ of Certiorari in the U.S. Supreme Court. The Court has requested two (2) documents that I do not have in my possession, but came from this Court.

Could you please send me a copy of the two (2) documents, they are most likely white cards:

1) The Opinion dated May 29, 2015, the order denying original habeas corpus,

2) The Opinion dated May 29, 2013, the order denying Suggestion to Reconsider on the Court's own Initiative.

3) The Opinion dated April 17, 2013, the order denying Original Application for Writ of habeas corpus.

—> OVER

These are the documents requested by the U.S Supreme Court and upon my receiving them from you, I will forward them to the Court

Your attention to this matter is appreciated very much.

Sincerely,

Robert Joseph Schmitt #106/867
9601 Spur 591
Amarillo, Tx 79107-9606


WRIT No: WP-60-272-03

TRIAL Court No: W296-81160-00 HC3